## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS EDWARD BARNARD,  )<br>  )<br>   Plaintiff,  )<br>  )   Case No.: 18-cv-431-CVE-FHM<br>v.  )<br>  )   Removed from the District Court<br>BANK OF AMERICA, N.A., *et at*.  )   for Tulsa County, OK<br>SETERUS, INC.  )<br>BAER TIMERLAKE PC  )<br>   Defendants.  )| |

### THIRD PARTY PLAINTIFF, THOMAS BARNARD'S MOTION TO VOLUNTARILY DISMISS CLAIMS STEMMING FROM FEDERAL FAIR DEBT COLLECTION ACT

**COMES NOW** Third-Party Plaintiff, Thomas Barnard and moves to voluntary dismiss without prejudice his claims for violations of the Fair Debt Collection Practices Act 15 USC§1692 *et seq* found in Theory No. IV of his amended counterclaim as to all Defendants pursuant to Rule 41A(i) of the Federal Rules of Civil Procedure (FCRP).

/s/ Edward G. Lindsey
Edward G. Lindsey
THE LINDSEY LAW FIRM P.C.
Edward G. Lindsey OBA#15290
427 S. Boston Ave, Suite 709
(918) 587-0097
(918) 587-3763 Fax

CERTIFICATE OF DELIVERY

  I hereby certify that on the 23rd day of August, 2018, a true and correct copy of the above and foregoing was electronically transmitted to the following:

Brian J. Rayment
Brayment@kivell.com

John Spencer Bryan
jspencerbryan@gmail.com

Donald J. Timberlake
Don@baer-timberlake.com

                  /s/ Edward G. Lindsey_____
                  Edward G. Lindsey